UVALDE ROCK ASPHALT COMPANY, Appellant, v. Anna SLATTERY et al., Appellees.

No. 3647.

Court of Civil Appeals of Texas. Beaumont. May 8, 1940.

Rehearing Denied May 29, 1940.

Geo. A. Weller, of Beaumont, for appellant.

D. L. Broadus, of Beaumont, for appellee.

WALKER, Chief Justice.

The nature of this suit is fully stated in our opinion filed this day in Slattery et al. v. Uvalde Rock Asphalt Company, 140 S.W.2d 987, written by Mr. Associate Justice O'Quinn. Appellant's petition was subject to the general demurrer. But, if we are in error in that conclusion, every issue in this case is now moot.

The judgment of the lower court is in all things affirmed.